IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Castro, Carmen M | Case Number: 07 B 20387 |
| | Judge: Squires, John H |
| Printed: 4/29/08 | Filed: 10/31/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 19, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 2. | HomEq Servicing Corp | Secured | 72,983.78 | 0.00 |
| 3. | Wells Fargo Financial Illinois Inc | Unsecured | 0.00 | 0.00 |
| 4. | Capital One | Unsecured | 62.70 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 7,402.96 | 0.00 |
| 6. | Midland Credit Management | Unsecured | | No Claim Filed |
| 7. | Park Dansan | Unsecured | | No Claim Filed |
| | | | $ 80,449.44 | $ 0.00 |

## TRUSTEE FEE DETAIL

Fee Rate     Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

